COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name: Patrick Olajide Akinwamide **v.** Transportation Insurance Company, CNA Insurance Company, and Automatic Data Processing Inc.

Appellate case number: 01-15-00066-CV

Trial court case number: 1997-48526

Trial court: 80th District Court of Harris County

Date motion filed: July 21, 2016

Party filing motion: Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Keyes, Brown, and Huddle

Date: August 11, 2016